

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,862-03

### EX PARTE LAWRENCE GADERSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1097500-A IN THE 184TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault and sentenced to two years' imprisonment. Applicant was also convicted, in trial court cause nos. 1081492-A and 1081493-A, of two more offenses of aggravated assault. Applicant has filed habeas applications in this Court concerning these two convictions (Writ Nos. WR-89,862-01 and WR-89,862-02). This remand order does not pertain to those convictions.

Applicant argues that this aggravated assault conviction, which concerned a different victim that the other two aggravated assault convictions, is void because the juvenile court did not conduct

a mandatory hearing for waiver of its exclusive jurisdiction. The trial court entered an order designating issues to resolve whether the "conviction is void because the [trial court] lacked jurisdiction because the [juvenile court] failed to conduct a mandatory certification hearing and enter an order waiving jurisdiction." The habeas record, however, has no findings resolving the issue. This application is remanded to the trial court to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: June 5, 2019
Do not publish